FILED

2006 OCT 25 AM 8:54

CLERK US DIS...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 02cr0816 JM |
| Plaintiff, | ORDER RETURNING EX PARTE COMMUNICATION |
| vs. | |
| OSCAR CONTRAS-AGUILAR | |
| Defendant. | |

The court is returning correspondence received from Defendant dated October 3, 2006. It is inappropriate for any party to send correspondence directly to the court. Pursuant to Civil Local Rule 83.9, a party to any case may not maintain <u>ex parte</u> communications with the court by writing letters to the judge. "All matters to be called to a judge's attention should be formally submitted" by means of an appropriate motion. L.R. 83.9. In sum, the court is returning the correspondence to Defendant.

**IT IS SO ORDERED.**

DATED: ____10/24____ ,2006

JEFFREY T. MILLER
United States District Judge

cc:     All parties
        Brian Funk, Esq.

- 1 -

02cr0816

Oscar Contras-Aguilar #83015-198
F.C.I. ████████ *FAIRTON*
P.O. Box ███ *420*
████████
*FAIRTON, NJ..08320*

*OCTUBRE 3, 2006*

Honorable Jeffrey T. Miller
United States District Court
Southern District of California
3142 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101
RE: Case No. 02-CR-0816 (JM)
    Letter/Motion For Correction of Time Credit

Honorable Judge Miller:

    Please let this letter serve in lieu of a Motion to ORDER
the Bureau of Prisons to execute my sentence as it was ORDERED in
the oral judgment of this court.

    Prior to my sentencing in this court I served approximately
eight (8) months in N.C.C. Federal Holding Facility.  The record
of my sentencing will reflect that this court, at sentencing,
stated that I was to receive credit for this time towards my
federal sentence.  Upon arrival at the above captioned federal
institution I was given a "computation sheet" inclusive of my
release date and time credits. (Copy Attached)  Notably, the
section entitled "Total Prior Time Credit" reflects that I have
been given 0 credit towards this federal sentence.  Since this is
contrary to the ORDER of this court, please let this letter in
lieu of a motion serve as a respectful request for this court to
ORDER the Bureau of Prisons to execute my sentence in accordance
with this court's Mandate.

    Thank you for your kindness and consideration in this
matter.


Yours Truly,

Oscar Contras-Aguilar #83015-198

*FAIRTON,NJ*

```
          540*23  *        SENTENCE MONITORING        *      04-03-2006
PAGE 002             *        COMPUTATION DATA         *      13:26:46
                              AS OF 04-03-2006

REGNO..: 83015-198 NAME: CONTRAS-AGUILAR, OSCAR


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-30-2005 AT OTV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-18-2005
TOTAL TERM IN EFFECT............:    34 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 02-07-2002
TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 110
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 10-30-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 02-17-2008


PROJECTED SATISFACTION DATE.....: 10-30-2007
PROJECTED SATISFACTION METHOD...: GCT REL




G0002       MORE PAGES TO FOLLOW . . .
```

*FAinton, NJ*

```
        540*23  *        SENTENCE MONITORING        *    04-03-2006
PAGE 001         *        COMPUTATION DATA           *    13:26:46
                            AS OF 04-03-2006
```

REGNO..: 83015-198 NAME: CONTRAS-AGUILAR, OSCAR

```
FBI NO...........: 920853CB3          DATE OF BIRTH: 09-08-1962
ARS1.............: OTV/A-DES
UNIT.............: ███BL              QUARTERS.....: ████ FAinton, NJ
DETAINERS........: YES                NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 07-31-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-30-2007 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------
```
COURT OF JURISDICTION...........: CALIFORNIA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 02CR0816-JM
JUDGE...........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 09-20-2002
DATE COMMITTED..................: 07-20-2005
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $300.00         $00.00           $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO    AMOUNT:  $00.00

REMARKS.......: J&C ORDERS SERVICE OF SENTENCE CONSECUTIVE TO CALIFORNIA STATE
                CASE# 219476

----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  172
OFF/CHG: T8USC:1324(A)(1)(A)(II); TRANSPORTATION OF ILLEGAL ALIENS

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   34 MONTHS
TERM OF SUPERVISION.............:    3 YEARS
DATE OF OFFENSE.................: 02-07-2002
```